588

394 A.2d 610

Commonwealth v. Horowitz, Appellant.

Argued June 16, 1978.   Stuart J. Schatz, Assistant Public Defender, for appellant;   Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

394 A.2d 610

Commonwealth v. Hubert, Appellant.

Argued June 13, 1978.   Andrew F. Schneider, Assistant Public Defender, for appellant;   No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., dissented.

JACOBS, P. J., did not participate in the consideration or decision of this case.